6/18/14 6:02PM

B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Indiana

**Voluntary Petition**
**AMENDED**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Lloyd-Jones, Trevor | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-4609 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1396 S. 600 W.<br>New Palestine, IN<br>ZIP Code: 46163 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Hancock | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**    *** Michael J. Hebenstreit 7623-49 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lloyd-Jones, Trevor** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lloyd-Jones, Trevor** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X /s/ Trevor Lloyd-Jones**<br>Signature of Debtor **Trevor Lloyd-Jones**<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**June 18, 2014**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X /s/ Michael J. Hebenstreit**<br>Signature of Attorney for Debtor(s)<br><br>**Michael J. Hebenstreit 7623-49**<br>Printed Name of Attorney for Debtor(s)<br><br>**Whitham, Hebenstreit & Zubek LLP**<br>Firm Name<br><br>**151 North Delaware Street, Suite 2000**<br>**Indianapolis, IN 46204**<br><br>Address<br><br>Email: ene@whzlaw.com<br>**317-638-5555  Fax: 317-638-5533**<br>Telephone Number<br><br>**June 18, 2014**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

In re **Trevor Lloyd-Jones**, Case No. **14-04497**
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Elksheart Realty, LLC**<br>**Southern District of Indiana** | **13-3661-JMC-11**<br>**Business** | **04/11/13**<br>**James M. Carr** |
| **Harting Rental LLC**<br>**Southern District of Indiana** | **14-00797-JKC-11**<br>**Business** | **02/11/14**<br>**James K. Coachys** |
| **New Palestine Plaza, Inc.**<br>**Southern District of Indiana** | **14-03933-JMC-11**<br>**Business** | **04/30/14**<br>**James M. Carr** |
| **New Palestine Self Storage, LLC**<br>**Southern District of Indiana** | **14-02472-JMC-11**<br>**Business** | **03/26/14**<br>**James M. Carr** |
| **Plaza Utilities, LLC**<br>**Southern District of Indiana** | **13-03662-JMC-11**<br>**Business** | **04/11/13**<br>**James M. Carr** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Trevor Lloyd-Jones**                                                            Case No. **14-04497**
                                                    Debtor(s)                           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | **Personal credit card** | | **39,616.00** |
| **Bank of America**<br>**Business Card**<br>**PO Box 1579**<br>**Wilmington, DE 19886-5719** | **Bank of America**<br>**Business Card**<br>**PO Box 1579**<br>**Wilmington, DE 19886-5719** | **Credit card**<br>**Debt obligation of Little Bear Day Care, Inc.**<br>**Listed for any personal liability of Debtor** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **17,000.00** |
| **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** | **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** | **Credit card**<br>**Debt obligation of New Palestine Self Storage**<br>**Listed for any personal lialibity of Debtor** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **4,147.00** |
| **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** | **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** | **Credit card**<br>**Debt obligation of Plaza Construction, LLC**<br>**Listed for any personal liability of Debtor** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **4,033.00** |
| **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** | **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** | **Credit card**<br>**Debt obligation of Plaza Maintenance, LLC**<br>**Listed for any personal liability of Debtor** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **3,979.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Trevor Lloyd-Jones**            Case No. **14-04497**
          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Chase**<br>P.O. Box 94014<br>Palatine, IL 60094 | **Chase**<br>P.O. Box 94014<br>Palatine, IL 60094 | **Credit card<br>Debt obligation of New Palestine Plaza, Inc.<br>Listed for any personal liability of Debtor** | **Contingent<br>Unliquidated<br>Disputed** | 16,791.00 |
| **Citi**<br>Processing Center<br>Des Moines, IA 50363 | **Citi**<br>Processing Center<br>Des Moines, IA 50363 | **Credit card<br>Debt obligation of Plaza Maintenance, LLC<br>Listed for any personal lability of Debtor** | **Contingent<br>Unliquidated<br>Disputed** | 15,750.00 |
| **Citi**<br>Processing Center<br>Des Moines, IA 50363 | **Citi**<br>Processing Center<br>Des Moines, IA 50363 | **Personal credit card** | | 13,932.00 |
| **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **Arising from judgment and Decree of Foreclosure** | | 135,157.00<br><br>(0.00 secured) |
| **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **Arising from Judgment and Decree of Foreclosure against Debtor and non-filing spouse, et al** | | 1,213,243.89<br><br>(0.00 secured) |
| **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **3)  814 N. State Street<br>    Greenfield, IN<br>    3 vacant lots<br>        Boyd Lot 10<br>$75,000<br>        Boyd Lot 11** | | 917,000.00<br><br>(215,000.00 secured) |
| **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **Greenfield Banking Company**<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | **814 N. State Street<br>Greenfield, IN<br>(Boyd lots)<br>3 vacant lots** | | 917,000.00<br><br>(215,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re  **Trevor Lloyd-Jones**  Case No. **14-04497**
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mary Willis c/o L. Anne Welwood<br>14 Zina St.<br>Orangeville, Ontario<br>L9W-1E1<br>CANADA | Mary Willis c/o L. Anne Welwood<br>14 Zina St.<br>Orangeville, Ontario L9W-1E1<br>CANADA | Promissory Note | | 50,000.00 |
| PNC<br>PO Box 535230<br>Pittsburgh, PA 15253 | PNC<br>PO Box 535230<br>Pittsburgh, PA 15253 | Credit card Debt obligation of Cumberland Medical Center Listed for any personal liabilty of Debtor | Contingent Unliquidated Disputed | 26,000.00 |
| Shelby Gravel<br>157 E. Rampart St.<br>Shelbyville, IN 46176 | Shelby Gravel<br>157 E. Rampart St.<br>Shelbyville, IN 46176 | Materials furnished to Plaza Construction, LLC | Contingent Unliquidated Disputed | 15,013.00 |
| Star Financial Bank<br>c/o Karen F. Gregerson<br>127 W. Berry, 2nd Floor<br>Fort Wayne, IN 46802 | Star Financial Bank<br>c/o Karen F. Gregerson<br>127 W. Berry, 2nd Floor<br>Fort Wayne, IN 46802 | Arising from judgment and Decree of Foreclosure against Debtor and non-filing spouse, et al | | 1,248,823.84<br>(0.00 secured) |
| Star Financial Bank<br>c/o Karen F. Gregerson<br>127 W. Berry, 2nd Floor<br>Fort Wayne, IN 46802 | Star Financial Bank<br>c/o Karen F. Gregerson<br>127 W. Berry, 2nd Floor<br>Fort Wayne, IN 46802 | Arising from Judgment and Decree of Foreclosure against Debtor and non-filing spouse, et al | | 201,789.40<br>(0.00 secured) |
| Union Savings and Loan Association<br>1986 W. Main St.<br>PO Box 726<br>Greenfield, IN 46140 | Union Savings and Loan Association<br>1986 W. Main St.<br>PO Box 726<br>Greenfield, IN 46140 | 6130 W. US 52 New Palestine, IN 46163 (Stuck House) Residential lot with one (1) permanent mobile home | | 93,000.00<br>(67,000.00 secured) |
| Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 | Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 | Credit card Debt obligation of New Palestine Plaza, Inc. | Contingent Unliquidated Disputed | 8,634.00 |
| Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 | Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 | Credit card Debt obligation of Cumberland Medical Center Listed for any personal liabiltiy of Debtor | Contingent Unliquidated Disputed | 84,729.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Trevor Lloyd-Jones**                                                                      Case No.  **14-04497**
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, **Trevor Lloyd-Jones**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 18, 2014**                             Signature   **/s/ Trevor Lloyd-Jones**
                                                               **Trevor Lloyd-Jones**
                                                               Debtor

   *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                       18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Trevor Lloyd-Jones**, Case No. **14-04497**
　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Grace Sonoda<br>7 Rose Berry Rd.<br>Markham, ON L6G0C3<br>CANADA** | | - | 2014<br>**Second mortgage on Fielder Acres, Tract A**<br><br>Value $ 85,000.00 | | | | 25,000.00 | 0.00 |
| Account No.<br>**Greenfield Banking Company<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140** | | J | **814 N. State Street<br>Greenfield, IN<br>(Boyd lots)<br>3 vacant lots**<br><br>Value $ 215,000.00 | | | | 917,000.00 | 702,000.00 |
| Account No.<br>**C. Thomas Cone<br>Williams Cone & Billings<br>222 N. State St.<br>Greenfield, IN 46140** | | | **Notice in above action<br>Greenfield Banking Company**<br><br>Value $ | | | | Notice Only | |
| Account No.<br>**Community Health Network<br>c/o Bryan Miles, President & CEO<br>7330 Shadeland Station<br>Indianapolis, IN 46256** | | | **Notice in above action<br>Greenfield Banking Company**<br><br>Value $ | | | | Notice Only | |
| **4** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 942,000.00 | 702,000.00 |

6/18/14 6:02PM

B6D (Official Form 6D) (12/07) - Cont.

In re  **Trevor Lloyd-Jones**                       , Case No. **14-04497**
　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>R. James Wilson & Dianne L. Wilson Trust<br>c/o Trustees J. Wilson & D. Wilson<br>1078 Red Maple Way<br>New Smyrna Beach, FL 32168 | | | Notice in above action<br>Greenfield Banking Company<br><br>Value $ | | | | Notice Only | |
| Account No.<br>Richards Real Estate<br>c/o John Davis, Pritzke & Davis<br>728 N. State St.<br>Greenfield, IN 46140 | | | Notice in above action<br>Greenfield Banking Company<br><br>Value $ | | | | Notice Only | |
| Account No.<br>Star Financial Bank<br>c/o John A. Randinelli, Resident Agent<br>106-108 S. Wayne St.<br>Hamilton, IN 46742 | | | Notice in above action<br>Greenfield Banking Company<br><br>Value $ | | | | Notice Only | |
| Account No. 30C01-1308-MF-1461<br>Greenfield Banking Company<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | - | | 1/2014<br>Judgment Lien<br>Arising from judgment and Decree of Foreclosure<br><br>Value $　　　0.00 | | | | 135,157.00 | 135,157.00 |
| Account No. 30D01-1309-MF-1688<br>Greenfield Banking Company<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140 | - | | 2/2014<br>Judgment Lien<br>Arising from Judgment and Decree of Foreclosure against Debtor and non-filing spouse, et al<br><br>Value $　　　0.00 | | | | 1,213,243.89 | 1,213,243.89 |
| Sheet __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | | Subtotal<br>(Total of this page) | 1,348,400.89 | 1,348,400.89 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Trevor Lloyd-Jones**  ,   Case No. __**14-04497**__
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Greenfield Banking Company**<br>**1920 N. State Street**<br>**PO Box 587**<br>**Greenfield, IN 46140** | | - | **Tenants by Entireties**<br>3) 814 N. State Street<br>Greenfield, IN<br>3 vacant lots<br>    Boyd Lot 10   $75,000<br>    Boyd Lot 11   $70,000<br>    Boyd Lot 12   $70,000<br>Value $         215,000.00 | | | | 917,000.00 | 702,000.00 |
| Account No.<br><br>**Hancock County Treasurer**<br>**111 American Legion Place**<br>**Greenfield, IN 46140** | | - | **Any real estate taxes**<br><br><br><br>Value $                    0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**Key Bank**<br>**10 W. Market St. Ste 100**<br>**Indianapolis, IN 46204** | | - | **Any deficiency**<br><br><br><br>Value $                    0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**PNC**<br>**101 W. Washington St.**<br>**Indianapolis, IN 46255** | | H | 2004<br>**First Mortgage**<br>4525 600 W.<br>New Palestine, IN 46163 (?)<br>0.92 acre vacant lot<br>7.5 acre residence<br>Value $         449,000.00 | | | | 276,000.00 | 0.00 |
| Account No.<br><br>**PNC**<br>**101 W. Washington St.**<br>**Indianapolis, IN 46255** | | H | 2004<br>**Second Mortgage**<br>4525 600 W.<br>New Palestine, IN 46163 (?)<br>0.92 acre vacant lot<br>7.5 acre residence<br>Value $         449,000.00 | | | | 46,000.00 | 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   1,239,000.00   702,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Trevor Lloyd-Jones**,  Case No. **14-04497**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PNC**<br>**101 W. Washington St.**<br>**Indianapolis, IN 46255** | - | | 5) 4525 600 W.<br>   New Palestine, IN 46163<br>   Fielder Acres<br>   Contains 3 parcels<br>   1) 8.4 acres with house $279,000.00<br>      on market   Tract B<br>   2) 3.98 acres vac<br>Value $   449,000.00 | | | | 276,000.00 | 0.00 |
| Account No.<br><br>**Regions Mortgage**<br>**Hattiesburg, MS 39403** | | J | 2004<br>First Mortgage on residence<br>1) 1396 S. 600 W.<br>   New Palestine, IN 46163<br>   Purchased in 1978 for $82,900.00<br>   4 bedroom, 2 bath<br>Value $   220,000.00 | | | | 110,000.00 | 0.00 |
| Account No.<br><br>**Regions Bank f/d/b/a Union Planters Bank**<br>**One Indiana Square, St 235**<br>**Indianapolis, IN 46204** | | | Notice in above action<br>Regions Mortgage<br><br>Value $ | | | | Notice Only | |
| Account No. 30D01-1204-MF-000805<br><br>**Star Financial Bank**<br>**c/o Karen F. Gregerson**<br>**127 W. Berry, 2nd Floor**<br>**Fort Wayne, IN 46802** | - | | 2/2013<br>Judgment Lien<br>Arising from judgment and Decree of Foreclosure against Debtor and non-filing spouse, et al<br>Value $   0.00 | | | | 1,248,823.84 | 1,248,823.84 |
| Account No.<br><br>**Key Bank**<br>**10 W. Market St. Ste 100**<br>**Indianapolis, IN 46204** | | | Notice in above action<br>Star Financial Bank<br><br>Value $ | | | | Notice Only | |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  1,634,823.84   1,248,823.84

B6D (Official Form 6D) (12/07) - Cont.

In re **Trevor Lloyd-Jones**, Case No. **14-04497**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 30C01-1402-MF-000309 Star Financial Bank c/o Karen F. Gregerson 127 W. Berry, 2nd Floor Fort Wayne, IN 46802 | | - | 3/2014 Judgment Lien Arising from Judgment and Decree of Foreclosure against Debtor and non-filing spouse, et al  Value $ 0.00 | | | | 201,789.40 | 201,789.40 |
| Account No. Union Savings and Loan Association 1986 W. Main St. PO Box 726 Greenfield, IN 46140 | | - | Second Mortgage on residence 1) 1396 S. 600 W. New Palestine, IN 46163 Purchased in 1978 for $82,900.00 4 bedroom, 2 bath  Value $ 220,000.00 | | | | 50,000.00 | 0.00 |
| Account No. Union Savings and Loan Association 1986 W. Main St. PO Box 726 Greenfield, IN 46140 | | - | First Mortgage 6130 W. US 52 New Palestine, IN 46163 (Stuck House) Residential lot with one (1) permanent mobile home  Value $ 67,000.00 | | | | 93,000.00 | 26,000.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **4** of **4** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 344,789.40 | 227,789.40

Total (Report on Summary of Schedules) | 5,509,014.13 | 4,229,014.13