UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| TREVOR LLOYD-JONES | ) | CASE NO. 14-04497-JMC-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE OR IN THE ALTERNATIVE ADEQUATE PROTECTION**

Comes now PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage, Inc., (hereinafter referred to as "PNC Bank"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate or in the Alternative Adequate Protection would show the Court as follows:

1.      On May 14, 2014, the above-named Debtor(s) filed a petition pursuant to Chapter 11 of the Bankruptcy Code and a meeting of creditors was scheduled by the Court for June 30, 2014.

2.      PNC Bank is the holder of a secured claim with an outstanding principal balance of $202,946.23. Said claim is secured by the real property located at 4525 S 600 W, New Palestine, IN 46163-9521, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as **Exhibit "A"**.   The legal description for the subject real estate is:

```
A parcel of land lying in the Southwest Quarter of Section 30,
Township 15 North, Range 6 East, being more particularly
described as follows:

The point of beginning of the following described parcel of
land being the Northwest corner of said Southwest Quarter;
thence on an assumed bearing of South 00 degrees 00 minutes 00
seconds East along the West line of said Southwest Quarter a
distance of 451.21 feet; thence South 89 degrees 37 minutes 23
seconds East a distance of 230.90 feet; thence South 01 degrees
30 minutes 30 seconds East a distance of 304.99 feet; thence
North 85 degrees 04 minutes 16 seconds East a distance of 70.20
feet; thence North 48 degrees 29 minutes 28 seconds East a
distance of 153.52 feet; thence North 40 degrees 39 minutes 00
seconds East a distance of 165.17 feet; thence North 33 degrees
30 minutes 00 seconds East a distance of 36.98 feet; thence
North 06 degrees 20 minutes 22 seconds West a distance of 30.05
feet; thence North 18 degrees 12 minutes 08 seconds East a
distance of 51.96 feet; thence North 34 degrees 27 minutes 38
seconds East a distance of 145.98 feet; thence North 28 degrees
34 minutes 54 seconds East a distance of 153.74 feet; thence
North 04 degrees 30 minutes 33 seconds East a distance of 7.05
feet; thence North 15 degrees 53 minutes 38 seconds West a
distance of 164.03 feet to the North line of said Southwest
Quarter; thence South 89 degrees 31 minutes 11 seconds West
along said North line a distance of 676.55 feet to the point of
beginning of the above described parcel of land.  All situated,
lying and being in Sugar Creek Township, Hancock County,
Indiana, containing 8.409 acres.
```

3.      The above-described mortgage was given to secure a promissory note dated June 22, 2004, by the Debtor(s) to National City Mortgage Co. in the original principal sum of $256,000.00.  A copy of the above-described note is attached hereto and incorporated herein as **Exhibit "B"**.  A copy of the merger documents is attached hereto and incorporated herein as **Exhibit "C".**

4.      The mortgage loan is due for September 1, 2014 through December 1, 2014 post-petition payments at the monthly mortgage amount of $1,630.35, plus late charges of $0.00, for an arrearage in the sum of $6,521.40, together with bankruptcy attorney fees and costs. The failure to make such payments constitutes a material default and allows no protection of the interests of PNC Bank with the meaning of Section 362 of the Bankruptcy Code.

5. The failure to make payments is cause for the Court to grant relief from stay to PNC Bank within the meaning of Section 362 of the Bankruptcy Code.

6. Upon information and belief, PNC Bank alleges Debtor(s) does not have any equity in said collateral security, and such collateral is not necessary to an effective reorganization herein, because reasonable prospect of successful reorganization does not exist. Therefore, PNC Bank should be granted relief from the automatic stay in bankruptcy pursuant to 11 U.S. Section 3262(d)(2) and the property abandoned from the estate.

7. Alternatively, upon information and belief, PNC Bank alleges that the pre-Petition value of its collateral will decrease during Estate administration due to depreciation caused by Debtor(s) use thereof. Therefore PNC Bank is entitled to adequate protection upon its interest in said collateral pursuant to U.S.C. Section 361.

8. To date, Debtor(s) has not provided adequate protection to PNC Bank upon its interest in said collateral.

Lloyd-Jones - File No. 083808B01

9. Because Debtor(s) have not provided adequate protection sufficient to protect PNC Bank's pre-petition interest in its collateral from diminution during Estate administration, PNC Bank alternatively requests that this Court grant it relief from the automatic stay for cause, pursuant to 11 U.S.C. Section 362 (d)(1), and abandon PNC Bank's said collateral from the bankruptcy Estate.

WHEREFORE, PNC Bank, a secured creditor, by counsel, respectfully prays that the Court grant it relief from the automatic stay, pursuant to 11 U.S.C. Section 362 (d)(2) or, alternatively that it be granted either adequate protection upon its interest in said collateral or relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), and that its collateral be abandoned from the bankruptcy Estate; and for all other just and proper relief in the premises.

FEIWELL & HANNOY, P.C.

/s/JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage, Inc.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: JOWENS@feiwellhannoy.com

Lloyd-Jones - File No. 083808B01

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on January 6, 2015, to the following:

Michael J. Hebenstreit
Attorney at Law
151 N Delaware St Ste 2000
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

Lloyd-Jones - File No. 083808B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| TREVOR LLOYD-JONES | ) | CASE NO. 14-04497-JMC-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on **January 6, 2015**, to those creditors and interested parties listed on the attached sheets.

Dated: **January 6, 2015**

        FEIWELL & HANNOY, P.C.

        /s/ JESSICA S. OWENS
        JESSICA S. OWENS, Attorney No. 26533-49
        Attorney for PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage, Inc.
        251 N. Illinois Street, Suite 1700
        Indianapolis, IN 46204-1944
        (317) 237-2727
        Fax: (317) 237-2717
        Email: JOWENS@feiwellhannoy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| TREVOR LLOYD-JONES | ) | CASE NO. 14-04497-JMC-11 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On **January 6, 2015**, PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage, Inc. filed a Motion for Relief from Stay and to Abandon Real Estate or in the alternative Adequate Protection, asking the Court for relief from stay and abandonment of the real estate commonly known as 4525 S 600 W, New Palestine, IN 46163-9521.   The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

    Your rights may be affected.    You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within **fourteen (14) days** from the date this Notice is served, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    Room 116; 46 E Ohio St
    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

Lloyd-Jones - File No. 083808B01

   2.  You must also mail a copy of your objection to:

>JESSICA S. OWENS
>FEIWELL & HANNOY, P.C.
>251 N. Illinois Street, Suite 1700
>Indianapolis, IN 46204-1944
>(317) 237-2727
>
>Michael J. Hebenstreit
>Attorney at Law
>151 N Delaware St Ste 2000
>Indianapolis, IN 46204
>
>Nancy Gargula
>U.S. Trustee
>101 West Ohio Street, Suite 1000
>Indianapolis, IN 46204

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: **January 6, 2015**

>FEIWELL & HANNOY, P.C.
>
>/s/ JESSICA S. OWENS
>JESSICA S. OWENS, Attorney No. 26533-49
>Attorney for PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage, Inc.
>251 N. Illinois Street, Suite 1700
>Indianapolis, IN 46204-1944

Lloyd-Jones - File No. 083808B01

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 14-04497-JMC-11<br>Southern District of Indiana<br>Indianapolis<br>Tue Jan  6 12:58:44 EST 2015 | 24 Hour Fitness<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Kay Dee Baird<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 |
| Bank of America<br>Business Card<br>PO Box 1579<br>Wilmington, DE 19899-1579 | Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | Boring, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 |
| C. Thomas Cone<br>Williams Cone & Billings<br>222 N. State St.<br>Greenfield, IN 46140-3703 | C. Victor Boring - Co-Defendant<br>3462 S. 500 W.<br>New Palestine, IN 46163-8781 | Capital One<br>P. O. Box 6492<br>Carol Stream, IL 60197-6492 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Charles T. Switzer<br>Faegre Baker Daniels LLP<br>300 N. Meridan St., Suite 2700<br>Indianapolis, IN 46204-1782 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Citi<br>Processing Center<br>Des Moines, IA 50363-0001 | Cody B. Combs<br>728 N. State St.<br>Greenfield, IN 46140-1404 | Community Health Network<br>c/o Bryan Miles, President & CEO<br>7330 Shadeland Station<br>Indianapolis, IN 46256-3974 |
| Corley House<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Credo, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Cumberland Conv. Care Medical Ctr.<br>12130 E. Washington St.<br>Indianapolis, IN 46229-2955 |
| DeVault Corner, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Debra Ann Mastrian<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Dixie Trust 2013-1<br>c/o Asset Revitalization Solutions<br>3267 Bee Caves Rd, #107 - PO Box 16<br>Austin, TX 78746-6773 |
| Dixie Trust 2013-1 - Assignee of Regions<br>c/o Mark R. Wenzel<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Dixie Trust 2013-1, As Assignee of Regions B<br>c/o Krieg DeVault LLP<br>One Indiana Square<br>Suite 2800<br>Indianapolis, IN 46204-2079 | Duffy Barn, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 |
| Randy C. Eyster3<br>Feiwell & Hannoy, PC<br>251 North Illinois Street, Suite 1700<br>Indianapolis, IN 46204-4302 | Fielder Acres, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | First American Title Insurance Co.<br>c/o Shawna Meyer Eikenberry<br>300 N. Meridan St., Suite 2700<br>Indianapolis, IN 46204-1782 |

| | | |
|---|---|---|
| Grace Sonoda<br>7 Rose Berry Rd.<br>Markham, ON L6G0C3<br>CANADA | Greenfield Banking Company<br>c/o Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Greenfield Banking Company<br>1920 N. State Street<br>PO Box 587<br>Greenfield, IN 46140-0587 |
| Greenfield First Care, LLP<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Hackney Office, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Hancock County Treasurer<br>111 American Legion Place<br>Greenfield, IN 46140-2392 |
| Harting Rental, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Michael J. Hebenstreit<br>Whitham Hebenstreit & Zubek, LLP<br>151 N Delaware St Ste 2000<br>Indianapolis, IN 46204-2543 | Home Depot<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |
| Indiana Department of Revenue<br>100 N. Senate Avenue<br>Indianapolis, IN 46204-2253 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jennifer Lloyd-Jones<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 |
| Jennifer Margaret Susan Lloyd-Jones<br>1396 S. 600 W<br>New Palestine, IN 46163-9790 | John L. Davis<br>728 N. State St.<br>Greenfield, IN 46140-1404 | Key Bank<br>10 W. Market St. Ste 100<br>Indianapolis, IN 46204-2938 |
| KeyBank N.A.<br>P.O. Box 94968<br>Cleveland, OH 44101-4968 | Limited Developments, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Little Bear Day Care, LLC<br>4147 S. 600 W.<br>New Palestine, IN 46163-9185 |
| Trevor Lloyd-Jones<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Martin, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 |
| Mary Willis c/o L. Anne Welwood<br>14 Zina St.<br>Orangeville, Ontario L9W-1E1<br>CANADA | McGee Corner, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Ronald J. Moore<br>Office of U.S. Trustee<br>101 W Ohio St Ste 1000<br>Indianapolis, IN 46204-1982 |
| Whitney L Mosby<br> Bingham Greenebaum Doll LLP<br>10 West Market Street, #2700<br>Indianapolis, IN 46204-4900 | New Palestine Plaza, Inc.<br>1396 S. 600 W.<br>Greenwood, IN 46143 | New Palestine Plaza, Inc. - Defendant<br>1396 S. 600 W.<br>Greenwood, IN 46143 |
| New Palestine Self Storage<br>6141 U.S. 52<br>New Palestine, IN 46163-8645 | New Palestine Self Storage & Maintenance<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Office Depot<br>6600 N. Military Trail<br>Boca Raton, FL 33496-2434 |

| | | |
|---|---|---|
| PNC<br>101 W. Washington St.<br>Indianapolis, IN 46255-5000 | PNC<br>PO Box 535230<br>Pittsburgh, PA 15253-5230 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 |
| PNC Bank, National Association<br>PNC Mortgage,<br>Attn: Bankruptcy Dept.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5433 | Plaza Construction, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Plaza Maintenance, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 |
| Plaza Utilities, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Preeti Gupta<br>12249 Misty Way<br>Indianapolis, IN 46236-7100 | R. James Wilson & Dianne L. Wilson Trust<br>c/o Trustees J. Wilson & D. Wilson<br>1078 Red Maple Way<br>New Smyrna Beach, FL 32168-2020 |
| Regions Bank d/b/a Regions Mortgage<br>7130 Goodlett Farms Parkway<br>Cordova, TN 38016-4991 | Regions Bank f/d/b/a Union Planters Bank<br>One Indiana Square, St 235<br>Indianapolis, IN 46204 | Regions Mortgage<br>Hattiesburg, MS 39403 |
| Richards Real Estate<br>c/o John Davis, Pritzke & Davis<br>728 N. State St.<br>Greenfield, IN 46140-1404 | Richards Real Estate - Co-Defendant<br>c/o Scott Richards, Registered Agent<br>355 S. Michigan Ave., Suite 3<br>Greensburg, IN 47240-2156 | Richards Real Estate LLC<br>Attn: John L. Davis<br>728 N. State St.<br>Greenfield, IN 46140-1404 |
| STAR Financial Bank<br>c/o Whitney L. Mosby<br>Bingham Greenebaum Doll LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204-4900 | STAR Financial Bank<br>c/o Whitney Mosby<br>Bingham Greenebaum Doll LLP<br>10 W. Market St., Ste. 2700<br>Indianapolis, IN 46204-4900 | Sam's Club / GE CRB<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Shelby Gravel<br>157 E. Rampart St.<br>Shelbyville, IN 46176-9499 | Singco, LLC<br>1396 S. 600 W.<br>New Palestine, IN 46163-9790 | Star Financial Bank<br>c/o John A. Randinelli, Resident Agent<br>106-108 S. Wayne St.<br>Hamilton, IN 46742-9102 |
| Star Financial Bank<br>c/o Karen F. Gregerson<br>127 W. Berry, 2nd Floor<br>Fort Wayne, IN 46802-2328 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Union Savings and Loan Association<br>1986 W. Main St.<br>PO Box 726<br>Greenfield, IN 46140-0726 | United States Attorney<br>Southern District of Indiana<br>10 W. Market St., Suite 2100<br>Indianapolis, IN 46204-3048 | United States Attorney General<br>5111 Main Bldg.<br>10th St. & Constitution Ave. NW<br>Washington, DC 20530-0001 |
| Vectren Energy Delivery of Indiana<br>Vectren Utility Holding Group, Inc.<br>1239 Reliable Parkway<br>Chicago, IL 60868-0012 | Jennifer R. Watkins<br>Mercer Belanger<br>One Indiana Square, Suite 1500<br>Indianapolis, IN 46204-2019 | Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197-6426 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Mark R. Wenzel<br>Krieg Devault LLP<br>One Indiana Sq Ste 2800<br>Indianapolis, IN 46204-2079 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) PNC Bank, National Association | (d)New Palestine Self Storage, LLC<br>6141 U.S. 52<br>New Palestine, IN 46163-8645 | (u)Regions Bank dba Regions Mortgage |

End of Label Matrix
Mailable recipients    91
Bypassed recipients     3
Total                  94